IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

MAY 05 2016

DOUGLAS F. YOUNG, Clerk
By
        Deputy Clerk

| | |
|---|---|
| CHRYSTAL PORTER | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) Case No. 16-2103 |
| LOVE'S TRAVEL STOPS & COUNTRY STORES, INC., ET AL. | ) ) ) |
| Defendant. | ) ) |

## NOTICE OF REMOVAL

Defendant, LOVE'S TRAVEL STOPS & COUNTRY STORES, INC. ("Love's"), by and through its attorneys, and pursuant to 28 U.S.C. §§1332, 1441, and 1446, gives notice of the removal of this case from the Circuit Court of Franklin County, Arkansas, to the United States District Court, Western District of Arkansas, Fort Smith Division. In support, Love's states as follows:

1.  On April 4, 2016, plaintiff commenced this action in the Circuit Court of Franklin County, Arkansas, captioned *Chrystal Porter vs. Love's Travel Stops & Country Stores, Inc. and John Doe 1, John Doe 2, and John Doe 3*; Case No. 240CV-16-38(I).

2.  Plaintiff's complaint was served on Love's on April 12, 2016, through service on its agent for service of process in Arkansas. Love's filed its answer to the complaint on April 28, 2016.

1

1306789-v1

3. All pleadings that have been filed in the Franklin County, Arkansas case are attached to this notice as exhibits, which are:

Exhibit "A" – Plaintiff's Complaint, Summons and Affidavit of Plaintiff's Counsel

Exhibit "B" – Love's Answer to Complaint

4. Plaintiff's complaint alleges that plaintiff is a citizen of Fulton County, Georgia.

5. At the time of the commencement of this action, and at all relevant times, Love's has been, and is, a foreign corporation incorporated under the laws of the State of Oklahoma, with its principal place of business in Oklahoma City, Oklahoma.

6. There is complete diversity of citizenship between plaintiff and Love's.

7. The amount in controversy with respect to plaintiff's claims exceeds the sum value of $75,000.00, exclusive of interest and costs. See WHEREFORE paragraph of plaintiff's complaint, Exhibit "A".

8. Ultimately, this is an action over which this court has original subject matter jurisdiction pursuant to 28 U.S.C. § 1332(a)(1), because the matter in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs, and is between citizens of different states. Accordingly, this action is removable from the Circuit Court of Franklin County, Arkansas, to this court pursuant to 28 U.S.C. §§ 1332(a) and 1441(a)-(b).

9. This notice of removal is being filed pursuant to the provisions of 28 U.S.C. § 1441, within thirty days after receipt of the complaint by Love's.

10. Love's will file a copy of this notice of removal with the clerk of the Circuit Court of Franklin County, Arkansas, pursuant to 28 U.S.C. § 1446(d). Under the provisions of 28 U.S.C. § 1441 and all applicable statutes with which plaintiff and Love's have complied, this action is removed from the Circuit Court of Franklin County, Arkansas, to the United States District Court, Western District of Arkansas, Fort Smith Division.

WHEREFORE, Defendant, LOVE'S TRAVEL STOPS & COUNTRY STORES, INC., gives notice of the removal of this action captioned, *Chrystal Porter vs. Love's Travel Stops & Country Stores, Inc. and John Doe 1, John Doe 2, and John Doe 3*; Case No. 240CV-16-38(I), from the Circuit Court of Franklin County, Arkansas, to the United States District Court, Western District of Arkansas, Fort Smith Division.

        Respectfully submitted,

        WRIGHT, LINDSEY & JENNINGS LLP
        200 West Capitol Avenue, Suite 2300
        Little Rock, Arkansas 72201-3699
        (501) 371-0808
        FAX: (501) 376-9442
        E-MAIL: kpryor@wlj.com

        By */s/ Kathryn A. Pryor*
           Kathryn A. Pryor (89206)

           Attorneys for Love's Travel Stops &
           Country Stores, Inc.

1306789-v1

## CERTIFICATE OF SERVICE

I hereby certify that on May 3rd, 2016, I served this notice of removal via electronic and first class mail service on the following:

> Jarid M. Kinder
> Craig L. Cook
> Law Offices of Craig L. Cook
> 905 West Commercial Street
> Ozark, AR  72949

> /s/ *Kathryn A. Pryor*
> Kathryn A. Pryor