IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

| | |
|---|---|
| **CHRYSTAL PORTER** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) |
| | )   Case No. 16-2103 |
| **LOVE'S TRAVEL STOPS & COUNTRY STORES, INC., ET AL.** | ) |
| | ) |
| **Defendant.** | ) |

**JOINT MOTION TO DISMISS**

Plaintiff, Chrystal Porter, and defendant, Love's Travel Stops & Country Stores, Inc., jointly move for a dismissal of this case, with prejudice, and in support state:

1. The parties have settled and compromised their differences.

2. A term of the settlement includes plaintiff's dismissal of this case, with prejudice.

WHEREFORE, plaintiff, Chrystal Porter, and defendant, Love's Travel Stops & Country Stores, Inc., jointly request that this case be dismissed, with prejudice, each party bearing its own costs.

Respectfully submitted,

WRIGHT, LINDSEY & JENNINGS LLP
200 West Capitol Avenue, Suite 2300
Little Rock, Arkansas 72201-3699
(501) 371-0808
FAX: (501) 376-9442
EMAIL: kpryor@wlj.com


By  /s/ *Kathryn A. Pryor*
    Kathryn A. Pryor (89206)
    *Attorney for Love's Travel Stops*
    *& Country Stores, Inc.*

And

LAW OFFICES OF CRAIG L. COOK
905 West Commercial Street
Ozark, Arkansas 72949
(479) 667-1390
FAX: (479) 783-8002
EMAIL: Jarid@lawofficesofcraiglcook.com


By:  /s/ *Jarid M. Kinder*
    Jarid M. Kinder
    *Attorneys for Plaintiff*

2

1367907-v1