IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

CHRYSTAL PORTER                                                                                    PLAINTIFF

v.                                    No. 2:16-CV-02103

LOVE'S TRAVEL STOPS & COUNTRY
STORES, INC.; and JOHN DOES 1 - 3                                                              DEFENDANTS

## ORDER

Currently before the Court is the parties' joint motion to dismiss with prejudice. (Doc. 10). It appears that the parties have settled this matter and are in agreement that it should be dismissed.

IT IS THEREFORE ORDERED that the joint motion (Doc. 18) is GRANTED, and this matter is DISMISSED WITH PREJUDICE, with each party to bear its own costs and fees.

IT IS SO ORDERED this 12th day of December, 2016.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE